UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Abdulkani Abdi Ali,  Civil 09-1389 JMR/FLN

    Petitioner,

v.  O R D E R

State of Minnesota,

    Respondent.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated December 17, 2009, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus [#1] is DENIED.

**IT IS FURTHER ORDERED** that, pursuant to 28 U.S.C. §2253(c), that a Certificate of Appealability will not be issued because Petitioner has failed to make a substantial showing of the denial of any constitutional right.

DATED: January 8, 2010.      s/ Joan N. Ericksen
at Minneapolis, Minnesota      JUDGE JOAN N. ERICKSEN
                                                   United States District Court